**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John D. RIDDICK, Sr., Defendant–**
**Appellant.**

**No. 12–7669.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 23, 2013.

Decided: Feb. 6, 2013.

John D. Riddick, Sr., Appellant Pro Se. Kevin Michael Comstock, Office of the United States Attorney, Joseph Evan De-Padilla, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before KING, GREGORY, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John D. Riddick, Sr., appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Riddick*, No. 2:00–cr–00067–AWA–2 (E.D.Va. Sept. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*